**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTI DISTRICT LITIGATION**

| | |
|---|---|
| IN RE: LENOVO ADWARE LITIGATION | MDL Docket. 2624 |

**DEFENDANT LENOVO (UNITED STATES), INC.'S INTERESTED PARTY
RESPONSE TO MOTION FOR TRANSFER OF ACTIONS**

Pursuant to 28 U.S.C. § 1407 and Rule 6.2(e) of the Rules of Procedure of the United

States Judicial Panel on Multidistrict Litigation, Defendant Lenovo (United States), Inc.

("Lenovo") respectfully submits this Interested Party Response in partial support of the Motion

for Transfer of Actions ("Motion") filed by Plaintiff Lukas Pick [MDL No. 2624, Dkt. 1].  All

moving or responding plaintiffs and defendants support consolidation or coordination, however,

the majority of the plaintiffs and the responding defendants request that the cases be centralized

in the Northern District of California.

**I.      INTRODUCTION**

Based on the substantial similarity of the claims presented in the 22 actions filed to date,

Lenovo supports the Motion to consolidate the actions for pretrial purposes.  Lenovo believes

consolidation would eliminate duplication in discovery, avoid conflicting rulings and schedules,

reduce litigation cost, and save the time and effort of the parties, the attorneys, the witnesses, and

the courts.[1]  However, while Lenovo acknowledges that the Eastern District of North Carolina

would be an appropriate transferee forum, Lenovo requests the Judicial Panel on Multidistrict

Litigation ("Panel") transfer the actions to the Honorable Ronald M. Whyte of the Northern

District of California because it would be a more appropriate forum for the consolidated pretrial

---

[1] *See In re Plumbing Fixture Cases*, 298 F. Supp. 484 (J.P.M.L. 1968).

1

proceedings based on the number of cases pending in that district, the location of the relevant witnesses and the convenience of the parties.

## II.    ARGUMENT

### A.    The Majority of the Cases Were Filed in the Northern District of California

The Motion encompasses 22 total cases filed to date:  12 in the Northern District of California[2], 4 actions in the Eastern District of North Carolina, one each in the Southern District of California, Western District of Washington, District of Kentucky, District of Oregon, Northern District of Illinois, and Eastern District of New York.  All 22 actions listed above are putative nationwide class actions concerning substantially the same events; namely, alleged injury caused by the installation of Superfish, Inc.'s ("Superfish") Visual Discovery program on certain Lenovo laptops.  All 22 complaints name Lenovo and Superfish; 8 of the 22 cases name additional defendants Lenovo contends are not proper parties to the dispute.

### B.    The Northern District of California is The Most Appropriate Forum

The complaints' claims are based on alleged security weaknesses in Superfish's Visual Discovery program, which were preinstalled on certain Lenovo laptops.  Contrary to the assertion in the *Wood* Plaintiffs' Interested Party Response, Lenovo denies that it should be considered the primary defendant [MDL No. 2624, Dkt. 34 at p. 3].  As noted in Superfish's Response, "[t]he allegations in all of the Lenovo Adware Actions center around the operation of Superfish software, meaning that many of the key witnesses are likely to be Superfish employees." [MDL No. 2624, Dkt. 45 at p. 8].  Accordingly, the relevant documents and

---

[2] Plaintiff Sterling International Consulting Group (Case No. 5:15-cv-00807-RMW) has filed an Administrative Motion to Consider Whether Cases Should Be Related ("Administrative Motion") in the Northern District of California before Judge Whyte.  The Administrative Motion requests that all 12 Northern District of California cases be related to the lowest-numbered case and assigned to Judge Whyte for resolution.  Defendant Lenovo has filed a Response in Support of this Administrative Motion.  To date, no party has filed an opposition.

witnesses to Superfish's Visual Discovery program are located in the Northern District of California, the *only* U.S. offices of Superfish.  The Northern District of California is thus the more likely source of relevant documents and witnesses than the Eastern District of North Carolina, where Lenovo is headquartered.  Moreover, Lenovo also has a facility in the Northern District of California.  Based on the fact that witness depositions will be held where the witnesses reside, Lenovo believes that the Northern District of California would be the more convenient location for the consolidated pretrial proceedings.

Further, the Northern District of California is easily accessible to all parties because of the proximity to San Jose International Airport, as well as both San Francisco International Airport and Oakland International Airport.  All three airports offer easy access from any city nationwide.

### C.      The Honorable Ronald M. Whyte is an Experienced Transferee Judge

Judge Whyte is an experienced transferee judge who has presided over seven prior multidistrict litigation matters.  Judge Whyte was appointed to the Northern District of California in 1992 and assumed senior status in 2009.  However, Judge Whyte has maintained an active calendar and recently presided over the coordinated or consolidated pretrial proceedings in *In re Apple Inc. iPhone 4 Marketing, Sales Practices and Products Liability Litigation*, 746 F. Supp. 2d 1357 (J.P.M.L. 2010).  Further, Judge Whyte is not currently presiding over another multidistrict litigation docket and, with over half of the 22 cases likely to be deemed related before him, he likely has a caseload favorable to accepting this assignment.

III.    **CONCLUSION**

For the foregoing reasons, Lenovo respectfully requests that the Panel enter an Order consolidating the Lenovo Adware Actions and transferring them to the Northern District of California.

Dated:  March 18, 2015                          Respectfully Submitted,

                                                DYKEMA GOSSETT LLP


                                                */s/ Daniel J. Stephenson*_____
                                                Daniel J. Stephenson
                                                333 South Grand Avenue, Suite 2100
                                                Los Angeles, CA 90071
                                                Phone: (213) 457-1800
                                                Fax:  (213) 457-1850
                                                dstephenson@dykema.com

                                                ***Counsel for Defendant***
                                                ***Lenovo (United States), Inc.***

4